

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 16, 2021

**BY CM/ECF**
The Honorable Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/18/21__

Re:  *United States v. Francisco Javier Macias*, 21 Cr. 28 (ALC)

Dear Judge Carter:

    The Government writes to respectfully submit a joint status report regarding the status of the case involving defendant Francisco Javier Macias. The parties have continued their detailed discussions regarding a pretrial resolution to this matter and seek additional time to complete those discussions. For that reason, the parties seek to file a status update in approximately 30 days.

    The Government further respectfully requests, with the consent of the defendant, that the Court exclude time under the Speedy Trial Act from August 18, 2021,[1] until the new date for a status update letter. The Government submits that the ends of justice served by such a continuance outweigh the best interests of the public and the defendant in a speedy trial because the continuance is designed to allow the parties to continue their discussions regarding a potential pretrial resolution to this matter, and to reflect the limited availability of jury trials in this District in light of the COVID-19 pandemic.

    Thank you for your consideration of this matter.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by:  ___/s/_____
Kedar S. Bhatia
Assistant United States Attorney
(212) 637-2465

The application is **GRANTED.** Joint status report due 9/17/21. Time excluded. So Ordered.

*/s/ Andrew L. Carter*
8/18/21

---

[1] The Court previously ordered the parties to submit a status update letter by August 18, 2021, and excluded time under the Speedy Trial Act until that date. *See* Dkt. No. 19.