UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,

    -against-

FRANCISCO JAVIER MACIAS,

                Defendant.

-------------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/8/21

21-CR-28 (ALC)
**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    A Change of Plea Hearing by video on MicroSoft Teams is scheduled for **November 9, 2021** at **2:00 p.m.** Members of the public and press can use the following dial-in information (audio only):

        Dial-In Number: 1-917-933-2166
        Phone Conference ID: 940328020#

**SO ORDERED.**

**Dated:**     **New York, New York**
               **November 8, 2021**

                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**