USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/10/22

MEMO ENDORSED

# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Fax: (212) 571-5507
Tel: (212) 571-5500

February 10, 2022

By ECF

The Honorable Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Re: United States v. Francisco Javier Macias
> Ind #: 21 Cr. 28 (ALC)

Dear Judge Carter:

    I write without objection of the government, by Kedar S. Bhatia, to respectfully request a 60 day adjournment of the sentencing in this matter to a date during the week of April 11, 2022 convenient to the Court. I am currently working to obtain records and letters from my client's family which are relevant to sentence, and require additional time to prepare a full and complete sentencing presentation in this matter.

    Thank you very much for your attention. If your Honor desires further information, it is requested that the parties be contacted.

Respectfully,

*Robert A. Soloway*

Robert A. Soloway

cc: AUSA Kedar S. Bhatia
    (by ECF)
RAS:sc

The application is **GRANTED.** The sentencing is adjourned to 4/14/22 at 3:30 p.m.
So Ordered.

*Andrew L. Carter*
2/10/22