**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/12/22__

# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Fax: (212) 571-5507
Tel: (212) 571-5500

April 7, 2022

By ECF

The Honorable Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Francisco Javier Macias
Ind #: 21 Cr. 28 (ALC)

Dear Judge Carter:

    I write without objection of the government, by Kedar S. Bhatia, to respectfully request an adjournment of the sentencing in this matter to June 16, 2022, a date identified as available for the Court by your courtroom deputy, and also available for the parties. I am currently engaged in a lengthy trial in the Eastern District of New York, and have not been able to complete my sentencing submission on behalf of my client. I respectfully request therefore that this application be granted.

    Thank you very much for your attention. If your Honor desires further information, it is requested that the parties be contacted.

Respectfully,

*Robert A. Soloway*

Robert A. Soloway

cc: AUSA Kedar S. Bhatia
      (by ECF)
RAS:sc

The application is **GRANTED.** Sentencing adjourned to 6/16/22 at 2:00 p.m.
So Ordered.

*/s/ Andrew L. Carter*
4/12/22